# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 04-cv-01550-REB-MEH

KIM DYER-ANDREWS, and
JAMES M. ANDREWS,

 Plaintiffs,

v.

ACADEMY COLLECTION SERVICES, INC., a foreign corporation,
TERRY ADAMS, individually, and as the agent of Bank One and Academy
BANK ONE, a foreign corporation, and
DOES ONE THROUGH TEN, whose true names are unknown,

 Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

  The matter before the court is the **Stipulation for Dismissal With Prejudice** [#44], filed July 19, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

  **THEREFORE, IT IS ORDERED** as follows:

  1. That the **Stipulation for Dismissal With Prejudice** [#44], filed July 19, 2006, is **APPROVED**;

  2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

  3. That the Trial Preparation Conference set for January 19, 2007, is **VACATED**; and

4.  That the jury trial set to commence February 5, 2007, is **VACATED**.

Dated July 24, 2006, at Denver, Colorado.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn**
                                         **United States District Judge**